GEORGE W. NOWELL (SBN: 83868)
george.nowell@nowelllaw.com
PAUL B. ARENAS (SBN: 167863)
paul.arenas@nowelllaw.com
JOHN H. CIGAVIC III (SBN: 231806)
john.cigavic@nowelllaw.com
LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Telephone: (415) 362-1333
Facsimile: (415) 362-1344
Attorneys for plaintiff
SCHENKER, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SCHENKER, INC., | **CASE NO.: C 09-00779 MHP** |
| Plaintiff, | **REQUEST FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ASSOCIATED DATES 90 DAYS & [PROPOSED] ORDER** |
| v. | |
| BARRANGO, a California Corporation, and BARRANGO MANUFACTURING, a California Corporation, | |
| Defendants. | |

//
//
//
//
//
//
//
//
//

**REQUEST FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ASSOCIATED DATES 90 DAYS & [PROPOSED] ORDER (C 09-00779 MHP)**

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

P0601.2009-1848

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

1  COMES NOW COUNSEL FOR SCHENKER, INC. ("Schenker" or "plaintiff") and

2  hereby requests this Court Order a continuation of the Case Management Conference (and

3  associated dates) 90 days / three months, i.e. from 12 June 2009 to 11 September 2009, or as

4  soon thereafter as is convenient for the Court, in order to, *inter alia*, permit the parties to further

5  execute a settlement agreement and prepare the case for a conditional dismissal.  The parties are

6  in the process of reworking a preliminary settlement agreement.

7  Defendants BARRANGO, a California Corporation, and BARRANGO

8  MANUFACTURING, a California Corporation ("Barrango") have been served and have entered

9  into a general willingness to settle agreement before filing a responsive pleading.

10  This is the first request for extension of time brought by either party.

11  Schenker thus proposes the Case Management schedule be revised as follows:

12  (1)  Case Management Conference related dates:

13  [a]  the Case Management Conference be continued about 90 days, i.e. from

14  12 June 2009 to 11 September 2009, or as soon thereafter as this

15  matter may be heard;

16  [b]  the Joint Case Management Statement due date be continued about 90

17  days, i.e. from 2 June 2009 to 1 September 2009; and

18  [c]  the due date for Initial Disclosures pursuant to FRCivP 26 be continued

19  about 90 days, i.e. from 2 June 2009 to 1 September 2009.

20  (2)  Any ADR associated dates be continued approximately 120 days.

21  PLAINTIFF HEREBY REQUESTS THE COURT ORDER THE DATES FOR THE

22  CASE MANAGEMENT CONFERENCE, JOINT CASE MANAGEMENT STATEMENT,

23  INITIAL DISCLOSURES AND ADR RELATED DATES BE CONTINUED, AS ABOVE:

24

25  Dated:  2 June 2009                    **LAW OFFICES OF GEORGE W. NOWELL**

26

27  By:  _____/s/ John H. Cigavic III_____
     JOHN H. CIGAVIC III
28  Attorneys for plaintiff SCHENKER INC.

2

**REQUEST FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ASSOCIATED
DATES 90 DAYS & [PROPOSED] ORDER (C 09-00779 MHP)**

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

1    ~~[PROPOSED]~~ ORDER

2         PURSUANT TO THE REQUEST OF PLAINTIFF, AS ABOVE, THE COURT

3    HEREBY ORDERS that the:

4         (1)    Case Management Conference is continued until 11 September 2009; @ 4:00 p.m.

5         (2)    Joint Case Management Statement due date is continued until 4 September 2009;

6         (3)    Initial Disclosures pursuant to FRCivP 26 are due on 1 September 2009; and

7         (4)    parties' ADR associated dates are continued 120 days (i.e. the ADR

8                meet and confer re initial disclosures, early settlement, ADR process selection and

9                discovery plan, the filing date for the ADR Certification signed by Parties and

10               counsel, and the Stipulation for ADR Process or Notice of Need for ADR Phone

11               Conference shall be filed on or before the date ordered).

13   IT IS SO ORDERED:

15

16   Dated:    June 2 _____ 2009            UNITED STATES DISTRICT COURT

17                                               NORTHERN DISTRICT OF CALIFORNIA

18                                               By: _____

19                                               MARILYN HALL PATEL
                                                 UNITED STATES DISTRICT JUDGE



**REQUEST FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ASSOCIATED
DATES 90 DAYS & [PROPOSED] ORDER (C 09-00779 MHP)**

P0601.2009-1848