GEORGE W. NOWELL (SBN: 83868)
george.nowell@nowelllaw.com
PAUL B. ARENAS (SBN: 167863)
paul.arenas@nowelllaw.com
JOHN H. CIGAVIC III (SBN: 231806)
john.cigavic@nowelllaw.com
LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Telephone: (415) 362-1333
Facsimile: (415) 362-1344
Attorneys for plaintiff
SCHENKER, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SCHENKER, INC., <br><br> Plaintiff, <br><br> v. <br><br> BARRANGO, a California Corporation, and BARRANGO MANUFACTURING, a California Corporation, <br><br> Defendants. | **CASE NO.: C 09-00779 MHP** <br><br> **SECOND REQUEST FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ASSOCIATED DATES 90 DAYS & [PROPOSED] ORDER** |

//

//

//

//

//

//

//

//

//

1

**SECOND REQUEST FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ASSOCIATED DATES 90 DAYS & [PROPOSED] ORDER (C 09-00779 MHP)**

P0825.2009-1848

COMES NOW COUNSEL FOR SCHENKER, INC. ("Schenker" or "plaintiff") and hereby requests this Court Order a continuation of the Case Management Conference (and associated dates) at least 90 days / three months, i.e. from 14 September 2009 to 14 December 2009, or as soon thereafter as is convenient for the Court, in order to, *inter alia*, permit the parties to further execute a settlement agreement and prepare the case for a conditional dismissal. The parties are in the process of executing their settlement agreement.

Defendants BARRANGO, a California Corporation, and BARRANGO MANUFACTURING, a California Corporation ("Barrango") have been served and have entered into a general willingness to settle agreement before filing a responsive pleading. The parties' agreement involves monthly payments, only one of which has been made. Barrango recently represented to plaintiff's counsel that it is liquidating some assets and will satisfy a substantial portion of the parties' settlement agreement before the end of September. In the event such execution is not forthcoming as promised by Barrango, plaintiff will diligently seek a default and default judgment against Barrango and further prosecute this lawsuit.

This is the second request for extension of time brought by plaintiff: the first request was granted by the Court on 3 June 2009, setting the 14 September 2009 Case Management Conference and associated dates.

Schenker thus proposes the Case Management schedule be revised as follows:

(1)  Case Management Conference related dates:

  [a]  the Case Management Conference be continued about 90 days, i.e. from 14 September 2009 to 14 December 2009, or as soon thereafter as this matter may be heard;

  [b]  the Joint Case Management Statement due date be continued about 90 days, i.e. from 4 September 2009 to 4 December 2009; and

  [c]  the due date for Initial Disclosures pursuant to FRCivP 26 be continued about 90 days, i.e. from 2 June 2009 to 1 December 2009.

(2)  Any ADR associated dates be continued approximately 120 days.

//

2

**SECOND REQUEST FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ASSOCIATED DATES 90 DAYS & [PROPOSED] ORDER (C 09-00779 MHP)**

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

P0825.2009-1848

PLAINTIFF HEREBY REQUESTS THE COURT ORDER THE DATES FOR THE CASE MANAGEMENT CONFERENCE, JOINT CASE MANAGEMENT STATEMENT, INITIAL DISCLOSURES AND ADR RELATED DATES BE CONTINUED, AS ABOVE:

Dated: 25 August 2009

**LAW OFFICES OF GEORGE W. NOWELL**

By: ___/s/ John H. Cigavic III___
JOHN H. CIGAVIC III
Attorneys for plaintiff SCHENKER INC.

## ~~[PROPOSED]~~ ORDER

PURSUANT TO THE REQUEST OF PLAINTIFF (the only party appearing in this action to date), AS ABOVE, THE COURT HEREBY ORDERS that the:

(1) Case Management Conference is continued until 14 December 2009;

(2) Joint Case Management Statement due date is continued until 4 December 2009;

(3) Initial Disclosures pursuant to FRCivP 26 are due on 1 December 2009; and

(4) parties' ADR associated dates are continued 120 days (i.e. the ADR meet and confer re initial disclosures, early settlement, ADR process selection and discovery plan, the filing date for the ADR Certification signed by Parties and counsel, and the Stipulation for ADR Process or Notice of Need for ADR Phone Conference shall be filed on or before the date ordered).

IT IS SO ORDERED:

Dated: August 26, 2009

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

By: _____
     JUDGE

*[Stamp: IT IS SO ORDERED — Judge Marilyn H. Patel]*

---

**SECOND REQUEST FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ASSOCIATED DATES 90 DAYS & [PROPOSED] ORDER (C 09-00779 MHP)**

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333  Fax: (415) 362-1344

P0825.2009-1848