GEORGE W. NOWELL (SBN: 83868)
george.nowell@nowelllaw.com
PAUL B. ARENAS (SBN: 167863)
paul.arenas@nowelllaw.com
JOHN H. CIGAVIC III (SBN: 231806)
john.cigavic@nowelllaw.com
**LAW OFFICES OF GEORGE W. NOWELL**
100 Montgomery Street, Suite 1990
San Francisco, CA 94104
Telephone: (415) 362-1333
Facsimile: (415) 362-1344
Attorneys for plaintiff
SCHENKER, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SCHENKER, INC., ) | **CASE NO.: C 09-00779 MHP** |
| ) | |
| Plaintiff, ) | **REQUEST FOR THIRD ORDER** |
| ) | **CONTINUING CASE MANAGEMENT** |
| v. ) | **CONFERENCE AND ASSOCIATED** |
| ) | **DATES 90 DAYS & [PROPOSED]** |
| BARRANGO, a California Corporation, and ) | **ORDER** |
| BARRANGO MANUFACTURING, a ) | |
| California Corporation, ) | |
| ) | |
| Defendants. ) | |
| ) | |

//
//
//
//
//
//
//
//
//

1
**REQUEST FOR THIRD ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND
ASSOCIATED DATES 90 DAYS & [PROPOSED] ORDER (C 09-00779 MHP)**

P1202.2009-1848

1   COMES NOW COUNSEL FOR SCHENKER, INC. ("Schenker" or "plaintiff") and
2  hereby requests this Court Order a continuation of the Case Management Conference (and
3  associated dates) at least 90 days / three months, i.e. from 14 December 2009 to 14 March 2010,
4  or as soon thereafter as is convenient for the Court, in order to, *inter alia*, permit the parties to
5  further execute a settlement agreement and prepare the case for a conditional dismissal.  The
6  parties are in the process of executing their settlement agreement.
7   Defendants BARRANGO, a California Corporation, and BARRANGO
8  MANUFACTURING, a California Corporation ("Barrango") have been served and have entered
9  into a general willingness to settle agreement before filing a responsive pleading.  The parties'
10 agreement involves monthly payments, only one of which has been made.  Barrango again
11 recently represented to plaintiff's counsel that it is continuing to attempt to liquidate some assets
12 and that defendants will satisfy a substantial portion of the parties' settlement agreement before
13 the end of January 2010.  In the event such execution is not forthcoming as promised by
14 Barrango, plaintiff will diligently seek a default and default judgment against Barrango and
15 further prosecute this lawsuit.
16   This is the third request for extension of time brought by plaintiff: the first request was
17 granted by the Court on 3 June 2009, setting the 14 September 2009 Case Management
18 Conference and associated dates (DOC# 12); the second request for extension of time brought by
19 plaintiff was granted by the Court on 26 August 2009, setting the 14 December 2009 Case
20 Management Conference and associated dates (DOC# 14).
21   Schenker thus proposes the Case Management schedule be revised as follows:
22  (1) Case Management Conference related dates:
23   [a] the Case Management Conference be continued about 90 days, i.e. from
24    14 December 2009 to 14 March 2010, or as soon thereafter as this
25    matter may be heard;
26   [b] the Joint Case Management Statement due date be continued about 90
27    days, i.e. from 4 December 2009 to 4 March 2010; and
28  //

LAW OFFICES OF GEORGE W. NOWELL
100 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

2
**REQUEST FOR THIRD ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ASSOCIATED DATES 90 DAYS & [PROPOSED] ORDER (C 09-00779 MHP)**

P1202.2009-1848

      [c]     the due date for Initial Disclosures pursuant to FRCivP 26 be continued about 90 days, i.e. from 1 December 2009 to 1 March 2010.

(2)     Any ADR associated dates be continued approximately 120 days.

PLAINTIFF HEREBY REQUESTS THE COURT ORDER THE DATES FOR THE CASE MANAGEMENT CONFERENCE, JOINT CASE MANAGEMENT STATEMENT, INITIAL DISCLOSURES AND ADR RELATED DATES BE CONTINUED, AS ABOVE:

Dated:  2 December 2009

**LAW OFFICES OF GEORGE W. NOWELL**

By: _____/s/ John H. Cigavic III_____
JOHN H. CIGAVIC III
Attorneys for plaintiff SCHENKER INC.

**[PROPOSED] ORDER**

PURSUANT TO THE REQUEST OF PLAINTIFF (the only party appearing in this action to date), AS ABOVE, THE COURT HEREBY ORDERS that the:

(1)     Case Management Conference is continued until 15 March 2010; at 4:00 p.m.

(2)     Joint Case Management Statement due date is continued until 4 March 2010;

(3)     Initial Disclosures pursuant to FRCivP 26 are due on 1 March 2010; and

(4)     parties' ADR associated dates are continued 120 days (i.e. the ADR meet and confer re initial disclosures, early settlement, ADR process selection and discovery plan, the filing date for the ADR Certification signed by Parties and counsel, and the Stipulation for ADR Process or Notice of Need for ADR Phone Conference shall be filed on or before the date ordered).

IT IS SO ORDERED:

Dated: __12/8_____ 2009

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

By: _____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

**REQUEST FOR THIRD ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ASSOCIATED DATES 90 DAYS & [PROPOSED] ORDER (C 09-00779 MHP)**

P1202.2009-1848