GEORGE W. NOWELL (SBN: 83868)
george.nowell@nowelllaw.com
PAUL B. ARENAS (SBN: 167863)
paul.arenas@nowelllaw.com
JOHN H. CIGAVIC III (SBN: 231806)
john.cigavic@nowelllaw.com
**LAW OFFICES OF GEORGE W. NOWELL**
100 Montgomery Street, Suite 1990
San Francisco, CA 94104
Telephone: (415) 362-1333
Facsimile: (415) 362-1344
Attorneys for plaintiff
SCHENKER, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SCHENKER, INC., | CASE NO.: C 09-00779 MHP |
| Plaintiff, | **REQUEST FOR FOURTH ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ASSOCIATED DATES 90 DAYS & [PROPOSED] ORDER** |
| v. | |
| BARRANGO, a California Corporation, and BARRANGO MANUFACTURING, a California Corporation, | |
| Defendants. | |

COMES NOW COUNSEL FOR SCHENKER, INC. ("Schenker" or "plaintiff") and hereby requests this Court Order a continuation of the Case Management Conference (and associated dates) at least 90 days / three months, i.e. from 15 March 2010 until 14 June 2010, or as soon thereafter as is convenient for the Court, in order to, *inter alia*, permit the parties to further execute a settlement agreement and prepare the case for a conditional dismissal. The parties are in the process of executing their settlement agreement.

//

//

//

1

**REQUEST FOR FOURTH ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ASSOCIATED DATES 90 DAYS & [PROPOSED] ORDER (C 09-00779 MHP)**

P0217.2010-1848

LAW OFFICES OF GEORGE W. NOWELL
100 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

Defendants BARRANGO, a California Corporation, and BARRANGO MANUFACTURING, a California Corporation ("Barrango") have been served and have entered into a general willingness to settle agreement before filing a responsive pleading. The parties' agreement involves monthly payments, only three of which have been made totaling less than 20% of the agreed settlement. Barrango again recently represented to plaintiff's counsel that it is continuing to attempt to liquidate some assets and that defendants will satisfy a substantial portion of the parties' settlement agreement hopefully in the next ninety days. Barrango's efforts to liquidate the above described assets reportedly have been complicated by the death of a person involved in the transaction, which death triggered additional taxation issues that have complicated and prolonged the close of escrow. In the event such execution is not forthcoming as promised by Barrango and/or if Barrango does not make satisfactory payments from other reserves, plaintiff will diligently seek a default and default judgment against Barrango and further prosecute this lawsuit.

This is the fourth request for extension of time brought by plaintiff: the first request was granted by the Court on 3 June 2009, setting the 14 September 2009 Case Management Conference and associated dates (DOC# 12); the second request for extension of time brought by plaintiff was granted by the Court on 26 August 2009, setting the 14 December 2009 Case Management Conference and associated dates (DOC# 14); the third request for extension of time brought by plaintiff was granted by the Court on 8 December 2009, setting the 15 March 2010 Case Management Conference and associated dates (DOC# 17) .

Schenker thus proposes the Case Management schedule be revised as follows:

(1) Case Management Conference related dates:

    [a] the Case Management Conference be continued about 90 days, i.e. from 15 March 2010 to 14 June 2010, or as soon thereafter as this matter may be heard;

    [b] the Joint Case Management Statement due date be continued about 90 days, i.e. from 4 March 2010 to 4 June 2010; and

//

2

**REQUEST FOR FOURTH ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ASSOCIATED DATES 90 DAYS & [PROPOSED] ORDER (C 09-00779 MHP)**

P0217.2010-1848

LAW OFFICES OF GEORGE W. NOWELL
100 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

[c] the due date for Initial Disclosures pursuant to FRCivP 26 be continued about 90 days, i.e. from 4 March 2010 to 4 June 2010.

(2) Any ADR associated dates be continued approximately 120 days.

PLAINTIFF HEREBY REQUESTS THE COURT ORDER THE DATES FOR THE CASE MANAGEMENT CONFERENCE, JOINT CASE MANAGEMENT STATEMENT, INITIAL DISCLOSURES AND ADR RELATED DATES BE CONTINUED, AS ABOVE:

Dated: 17 February 2010

**LAW OFFICES OF GEORGE W. NOWELL**

By: _____/s/ John H. Cigavic III_____
JOHN H. CIGAVIC III
Attorneys for plaintiff SCHENKER INC.

## ~~[PROPOSED]~~ ORDER

PURSUANT TO THE REQUEST OF PLAINTIFF (the only party appearing in this action to date), AS ABOVE, THE COURT HEREBY ORDERS that the:

(1) Case Management Conference is continued until 14 June 2010;

(2) Joint Case Management Statement due date is continued until 4 June 2010;

(3) Initial Disclosures pursuant to FRCivP 26 are due on 4 June 2010; and

(4) Parties' ADR associated dates are continued 120 days (i.e. the ADR meet and confer re initial disclosures, early settlement, ADR process selection and discovery plan, the filing date for the ADR Certification signed by Parties and counsel, and the Stipulation for ADR Process or Notice of Need for ADR Phone Conference shall be filed on or before the date ordered).

IT IS SO ORDERED:

Dated: __2/18__ 2010

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

By: _____

UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

3

**REQUEST FOR FOURTH ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ASSOCIATED DATES 90 DAYS & [PROPOSED] ORDER (C-09-00579 MHP)**

P0217.2010-1848